IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
AUG - 4 2020
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 20-20049 |
| JEFFERY T. HENSON, ) | Title 18, United States Code, Sections 1028A, 1343, & 1957. |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE
### (Wire Fraud)

**THE GRAND JURY CHARGES:**

1. From on or about November 7, 2018, and continuing to on or about November 26, 2019, in Vermilion County, in the Central District of Illinois, and elsewhere,

**JEFFERY T. HENSON,**

defendant herein, knowingly devised a scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises.

**Scheme to Defraud**

2. On or about November 7, 2018, the defendant, Jeffrey T. Henson, opened a bank account (account number ending 3983) at BMO Harris Bank, N.A. in Palatine, Illinois. The defendant falsely claimed that his name was M.B. from Indianapolis,

Indiana, and used M.B.'s name and social security number to open the account without M.B.'s permission. The defendant knew M.B. and had previously obtained M.B.'s means of identification without M.B.'s permission.

3. On or about February 4, 2019, the defendant obtained employment at Watchfire Signs, LLC, ("Watchfire") located in Danville, Vermilion County, in the Central District of Illinois. The defendant falsely represented that he was M.B. and used M.B.'s name, date of birth, and social security number without M.B.'s permission and without Watchfire's knowledge, thereby avoiding background checks under his true name. The defendant was hired to serve as Watchfire's Controller.

4. In his role as Controller and while falsely representing that he was M.B., the defendant defrauded Watchfire by misappropriating approximately $330,000 of Watchfire's funds for his own personal use and benefit.

5. For example, at times, Watchfire incurred legitimate tax liabilities to various government entities, including the Massachusetts Department of Revenue (MDOR). Watchfire sometimes paid those expenses through its subsidiary, Aerva, Inc. On or about June 24, 2019, the defendant set up a merchant account that caused Watchfire payments to Aerva, Inc. to be diverted to the fraudulent account ending 3983 that the defendant had opened at BMO Harris Bank in the name of M.B. As a result, from approximately June 28 to November 12, 2019, the defendant fraudulently obtained over $300,000 from Watchfire.

6. In his role as Controller, the defendant received legitimate payment confirmations from MDOR after it had received payments from Watchfire. To avoid

detection of his fraud, the defendant falsely and fraudulently represented that some of the misdirected payments had been made to MDOR by creating false and fraudulent payment confirmations that were altered legitimate payment confirmations from MDOR.

**Execution of the Scheme**

7. On or about June 24, 2019, in Vermilion County in the Central District of Illinois, and elsewhere,

**JEFFERY T. HENSON,**

defendant herein, for the purpose of executing and attempting to execute the scheme and artifice, did knowingly cause to be transmitted in interstate commerce, by means of a wire communication, certain writings, signs, signals, and pictures, that is, an electronic mail from M.B. at "watchfiresigns.com" to S.R. at Total System Services, Inc., located outside the State of Illinois, causing payments to Aerva, Inc. to be routed to a fraudulent account ending 3983, which the defendant had opened at BMO Harris Bank in the name of M.B.

All in violation of Title 18, United States Code, Section 1343.

## COUNTS TWO AND THREE
### (Wire Fraud)

**THE GRAND JURY CHARGES:**

1. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 through 7 of Counts One of this Indictment as though fully set forth herein.

Executions of the Scheme

2. On or about the dates set forth below, in Vermilion County in the Central District of Illinois, and elsewhere,

**JEFFERY T. HENSON,**

defendant herein, for the purpose of executing and attempting to execute the scheme and artifice, did knowingly cause to be transmitted in interstate commerce, by means of a wire communication, certain writings, signs, signals, and pictures, that is, an electronic mail from M.B. as the Controller of Watchfire Signs, LLC to the administrative group at Watchfire falsely and fraudulently claiming that money the defendant had fraudulently diverted for his own use and benefit had been used to make a payment to the Massachusetts Department of Revenue in the amounts set forth below:

| Count | Approximate Date | Claimed MDOR payment |
|---|---|---|
| 2 | 7/24/2019 | $28,696.83 |
| 3 | 9/18/2019 | $16,250.00 |

All in violation of Title 18, United States Code, Section 1343.

## COUNT FOUR
### (Money Laundering)

**THE GRAND JURY CHARGES:**

1. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 through 7 of Count One and Paragraphs 1 and 2 of Counts Two and Three of this Indictment as though fully set forth herein.

4

2. On or about October 18, 2019, in the Central District of Illinois, and elsewhere,

**JEFFERY T. HENSON,**

defendant herein, knowingly engaged in a monetary transaction by, through, and to a financial institution, affecting interstate commerce, in criminally derived property of a value greater than $10,000, that is, obtaining a $50,000 cashier's check (ending 3545) from BMO Harris Bank made payable to the order of Chicago Motor Cars with remitter M.B., such property having been derived from a specific unlawful activity in the Central District of Illinois, that is, wire fraud as set forth in Counts One through Three of this Indictment, and the defendant participated in the transfer of the proceeds of the specified unlawful activity from the Central District of Illinois to the district where the monetary transaction was conducted.

In violation of Title 18, United States Code, Sections 1957 and 1956(i).

## COUNT FIVE
### (Aggravated Identity Theft)

**THE GRAND JURY CHARGES:**

1. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 through 7 of Count One and Paragraphs 1 and 2 of Counts Two and Three of this Indictment as though fully set forth herein.

2. On or about June 24, 2019, in Vermilion County, in the Central District of Illinois, and elsewhere,

**JEFFERY T. HENSON,**

defendant herein, knowingly possessed, used, and transferred, without lawful authority, a means of identification of another person, namely, the name, date of birth, and social security number of M.B. of Indiana, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, the crime of Wire Fraud as charged in Counts One through Three, knowing that the means of identification belonged to another actual person.

In violation of Title 18, United States Code, Sections 1028A.

A TRUE BILL.
s/Foreperson

FOREPERSON

s/John C. Milhiser
_____
JOHN C. MILHISER
United States Attorney

ELM